Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of WILLIAM HENRY MARX for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of HAROLD H. McLEAN for admission to Practice as an Attorney and Counselor at Law. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of ABRAHAM J. NYDICK for Admission to Practice as an Attorney and Counselor at Law. (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOHN WILLIAM PEGG for Admission to Practice as an Attorney and Counselor at Law. (From the State of Missouri.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOHN DAVID WATKINS for Admission to Practice as an Attorney and Counselor at Law. (From the State of Missouri.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

(June 30, 1941.)

JULIUS ARNFELD, Respondent, v. NEW YORK FOREIGN TRADE ZONE OPERATORS, INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

VINCENT CAPONE, Respondent, v. SINCLAIR REFINING COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, on the merits and for failure to comply with Rule XXVI, Appellate Division, Second Department Rules. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

VINCENT CAPONE, Respondent, v. SINCLAIR REFINING COMPANY, Appellant.— In view of the decision in Capone v. Sinclair Refining Co. (ante, p. 888), decided herewith, the motions for a stay are denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

SAMUEL FELLITTO and Others, Respondents, v. PENNSYLVANIA RAILROAD COMPANY and Another, Defendants; MOTOR HAULAGE CO., INC., Appellant.—